# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scriven , Mary S. | U.S. District Court, Tampa, Division | 08/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time District Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
801 N. Florida AVe.
Tampa, Florida 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 08/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Salary Trenam Kemker Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 01/21/2015-01/22/2015 | Orlando, Florida | State Bar Convention | Transportation, Meals, Lodging |
| 2. | The Florida Bar | 03/20/2015-03/29/2015 | Venice, Italy | State Bar Mid Year Meeting | Transportation, Meals, Lodging |
| 3. | 8th Judicial Circuit Bar Association | 04/10/2015-04/10/2015 | Gainsville, Florida | Speaker Participant Leadership RoundTable | Transportation, Meals |
| 4. | ABA Labor and Employment Law Association | 04/16/2015-04/17/2015 | Miami Beach, Florida | Speaker National Conference | Transportation, Meals, Lodging |
| 5. | The Florida Bar | 05/29/2015-05/30/2015 | Sarasota, Florida | Speaker Advanced Labor Topics Course | Transportation, Meals, Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scriven , Mary S. | 08/10/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | Federal Bar Association | 06/04/2015-06/05/2015 | Washington, DC | Speaker Wowmen in the Law Conference | Transportation, Meals, Lodging |
| 7. | The Florida Bar Business Law Section | 06/24/2015-06/25/2015 | Boca Raton, Florida | State Bar Annual Convention | Transportation, Meals, Lodging |
| 8. | The Florida Bar | 06/26/2015-06/27/2015 | Boca Raton, Florida | State Bar Judicial Roundtable Speaker Participant | Transportation, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 08/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mutual Fund-Scudder Scudder Tax Exempt Money Fund | A | Interest | J | T | | | | | |
| 2. Hartford Div & Growth FD CLA | A | Int./Div. | L | T | | | | | |
| 3. Hartford Midcap FD CLA (name correction) | A | Int./Div. | K | T | | | | | |
| 4. Hartford Fortis/bal (Hartford Balanced CLA) | A | Int./Div. | K | T | | | | | |
| 5. Hartford Small Cap Growth | A | Int./Div. | K | T | | | | | |
| 6. American Balanced Fund (Hartford Balanced CLA - name correction) | A | Int./Div. | J | T | | | | | |
| 7. American Funds AMCAP | A | Interest | K | T | | | | | |
| 8. American Funds American Income Trust (American High Income) | A | Interest | K | T | | | | | |
| 9. American Funds Growth Funds | B | Interest | L | T | | | | | |
| 10. Hartford Midcap | A | Interest | K | T | | | | | |
| 11. Hartford Div Growth | A | Interest | K | T | | | | | |
| 12. American Fund Income Fund | A | Interest | K | T | | | | | |
| 13. American Fund Investment Company of America (Invest Comp of America) | B | Interest | L | T | | | | | |
| 14. American Fund New Perspective | A | Interest | K | T | | | | | |
| 15. American Fund Small Cap World | A | Interest | K | T | | | | | |
| 16. SPDR Dow Jones Ind. Avg ETF | A | Interest | K | T | | | | | |
| 17. ISHARES MSCI emerging mkts index ETF | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 08/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  ISHARES MSCI EAFE INDEX ETF | A | Interest | J | T | | | | | |
| 19.  ISHARES FLOATING RATE NOTE ETF | A | Interest | J | T | | | | | |
| 20.  ISHARES IBOXX $ HIGH YIELD CORP BOND ETF | A | Interest | J | T | | | | | |
| 21.  ISHARES S&P CITIGROUP INTL TREASURY BOND ETF | A | Interest | J | T | | | | | |
| 22.  ISHARES CORE S&P 500 ETF | A | Interest | K | T | | | | | |
| 23.  ISHARES RUSSELL 1000 VALUE INDEX ETF | A | Interest | K | T | | | | | |
| 24.  ISHARS RUSSELL 1000 GROWTH INDEX ETF | A | Interest | K | T | | | | | |
| 25.  ISHARES RUSSELL 2000 GROWTH INDEX ETF | A | Interest | J | T | | | | | |
| 26.  ISHARES RUSSELL MIDCAP GROWTH INDEX ETF | A | Interest | J | T | | | | | |
| 27.  ISHARES RUSSELL MIDCAP VALUE INDEX ETF | A | Interest | J | T | | | | | |
| 28.  ISHARES S&P GLOBAL ENERGY ETF | A | Interest | J | T | | | | | |
| 29.  ISHARES DOW JONES US REAL ESTATE ETF | A | Interest | J | T | | | | | |
| 30.  ISHARES IBOXX $INVESTMENT GRADE CORP BOND FUND | A | Interest | J | T | | | | | |
| 31.  ISHARES BARCLAYS 0-5 YEAR TIPS BOND ETF | A | Interest | J | T | | | | | |
| 32.  POWERSHARES QQQ ETF | A | Interest | J | T | | | | | |
| 33.  HARTFORD OPPTYS | B | Interest | J | T | | | | | |
| 34.  HARTFORD GLOBAL CAPITAL APPRECIATION | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EXCHANGE Yorkville High Income MLP ETF | A | Interest | J | T | Buy | 01/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 08/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 08/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary S. Scriven**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544